RECEIVED
JUL 22 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANTHONY CHENEVERT | CIVIL ACTION NO. 1:15-CV-02715 |
| VERSUS | CHIEF JUDGE DRELL |
| D.G. LOUISIANA, L.L.C. | MAGISTRATE JUDGE PEREZ-MONTES |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Motion to Remand (Doc. 7) is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 21 day of July, 2016.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT